B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JESUS ENRIQUE BATISTA-SANECHEZ** _____ ,    Case No.    __**12-48247**__

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,805,000.00 | | |
| B - Personal Property | Yes | 5 | 135,711.26 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 4,865,186.44 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 30,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 113,689.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,608.33 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 1,940,711.26 | | |
| | | | Total Liabilities | 5,008,875.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                    ,

Debtor

Case No. _____**12-48247**_____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 30,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 99,225.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 129,225.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,800.00 |
| Average Expenses (from Schedule J, Line 18) | 7,608.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,057,186.44 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 30,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 113,689.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 3,170,875.44 |

B6A (Official Form 6A) (12/07)

In re  **JESUS ENRIQUE BATISTA-SANECHEZ** _____,    Case No. __**12-48247**__
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Property**<br><br>**6458 Lake Burden View Dr.**<br>**Winderemere, Fl. 34786**<br><br>**5 Bedroom, 5 Bathroom** | **Tennants by the Entierity** | **J** | **720,000.00** | **2,347,581.22** |
| **Lot 959**<br>**Keene's Pointe**<br>**Windermere, Florida 34786**<br><br>**Unimproved Residential Lot** | **Tennants by the Entierity** | **J** | **180,000.00** | **432,400.99** |
| **LOT 9 - SLOANE STREET**<br>**LAKE NONA ESTATES**<br>**ORLANDO, FLORIDA**<br><br>**UNIMPROVED RESIDENTIAL LOT** | **Tennants by the Entierity** | **J** | **415,000.00** | **911,586.23** |
| **RENTAL PROPERTY**<br><br>**9974 OAK QUARRY DR.**<br>**ORLANDO, FLORIDA 32832**<br><br>**5 BEDROOM; 4 BATH** | **JOINT TENNANT** | **J** | **250,000.00** | **763,721.00** |
| **41 E. 8TH STREET**<br>**UNIT 4-A**<br>**CHICAGO, IL.**<br><br>**2 BEDROOM 1 BATH CONDOMINIUM**<br><br>**(THROUGH SEPARATE DEED) - 1 PARKING GARAGE** | **Tennants by the Entierity** | **-** | **240,000.00** | **406,842.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,805,000.00** | (Total of this page) |
| Total > | **1,805,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ** ,    Case No.    12-48247
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | H | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | J | 175.49 |
| | | **Banco Bilboa Vizcaya** **Hato Rey, PR.** **Account #XXXXXXXX0202** | | |
| | | **CHECKING/SAVINGS ACCOUNT** **CAPITAL ONE BANK** | - | 3,000.00 |
| | | **SAVINGS PLEDGE TO SECURED CREDIT CARD** | | |
| | | **CHECKING ACCOUNT** | - | 2,335.77 |
| | | **BANCO BILBOA VIZCAYA** **HATO REY, PUERTO RICO** **ACC. # XXXXX-9951** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **SECURITY DEPOSIT WITH:** | J | 2,300.00 |
| | | **MARISOL ALEJANDRO** **DEBTOR'S LANDLORD - GUAYNABO RESIDENCE** | | |
| | | **SECURITY DEPOSIT** | J | 150.00 |
| | | **AUTORIDAD DE ENERGIA ELECTRICA** **(POWER COMPANY)** | | |
| | | **SECURITY DEPOSIT:** | - | 100.00 |
| | | **AUTORIDAD DE ACUEDUCTO Y** **ALCANTARILLADOS** **(WATER UTILITY COMPANY)** | | |

Sub-Total >        **8,161.26**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                    ,    Case No. __12-48247__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS AND FURNISHINGS (NO SINGULAR ITEMS WORTH IN EXCESS OF $550.00; AMONGST OTHERS: MASTER BEDROOM SET; TWO TWIN BEDROOM SETS, LIVING ROOM SET, FAMILY ROOM SET; DINNING ROOM SET; DINNETTE SET, TWO HOME COMPUTERS, ONE PRINTER FOR HOME USE; 1 50" INCH PLASMA TELEVISION (5 YRS OLD); 3 36" INCH PLASMA TELEVISIONS ( 5-YR OLD); AND OTHER MISC. HOUSHOLD GOODS.<br><br>403 VIA VERSALLES GUAYNABO, PR 00969 | J | 7,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | TEXT BOOKS UNDERGRAD, GRADUATE SCHOOL AND LAW SCHOOL AS WELL AS OTHER PROFESSIONAL BOOKS AND MISC. READINGS | J | 1,000.00 |
| 6. Wearing apparel. | | CLOTHING, SHOES AND OTHER WEARING APPAREL OWNED BY DEBTOR FOR PERSONAL USE.<br><br>LOCATION: GUAYNABO, PUERTO RICO | H | 800.00 |
| 7. Furs and jewelry. | | WEDDING BAND (400.00); ONE GOLD CHAIN ($250.00) AND MISC. NON-BRAND WATCHES ($100.00). | W | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >        10,050.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**         ,    Case No.   **12-48247**
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DEBTOR OWNS 100% OF SHARES IN:**<br><br>**THE BATISTA LAW GROUP, PSC (A PROFESSIONAL SERVICES CORPORATION).**<br><br>**THE BATISTA LAW GROUP RENDERS LEGAL SERVICES. DEBTOR IS THE PRINCIPAL ATTORNEY.** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **LOAN TO THE BATISTA LAW GROUP, PSC.** | **-** | **100,000.00** |
| 16. Accounts receivable. | | **SEE QUESTIONS #12 AND VALUE INCLUDED THEREIN.** | **-** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                         Sub-Total >      **100,000.00**
                                         (Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**                                    ,    Case No.    **12-48247**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **1. ANTITRUST-TYING ARRANGEMENT CLAIM AGAINST LAKE NONA ESTATES. CLAIM CONSISTS OF ALLEGATION THAT LAKE NONA ESTATES ILLEGALLY TIED THE SALE OF REAL ESTATE PROPERTY TO THE PURCHASE OF FUTURE REAL ESTATE SERVICES. CLAIM TO BE FILED AS AN ADVERSARY PROCEEDING IN THIS CASE. VALUE OF THE CLAIM HAS YET TO BE DETERMINED.** <br><br> **2. ANTITRUST-TYING ARRANGEMENT CLAIM AGAINST KEENE'S POINT REALTY. CLAIM CONSISTS OF ALLEGATION THAT KEENE'S POINT REALTY ILLEGALLY TIED THE SALE OF REAL ESTATE PROPERTY TO THE PURCHASE OF FUTURE REAL ESTATE SERVICES. CLAIM TO BE FILED AS AN ADVERSARY PROCEEDING IN THIS CASE. VALUE OF THE CLAIM HAS YET TO BE DETERMINED.** <br><br> **3. DECLARATORY JUDGMENT CLAIM AGAINST LAKE NONA REALTY AND KEENE'S POINT REALTY. CLAIM TO BE FILED IN THIS CASE AS ADVESARY PROCEEDING. CLAIM SEEKS TO DETERMINE THAT CERTAIN EXECUTORY CONTRACTS WITH RESPECT TO: (A) BUILDER RESTRICTIONS; (B) BUY-BACK/OPTION CONTRACT AND (C) 7.50% COMMISSION DUE TO DEVELOPERS OF LAKE NONA ESTATES AND KEENE'S POINT UPON CONSTRUCTION OF IMPROVEMENTS ON VACANT LAND WERE EXECUTORY CONTRACTS REJECTED AND VOIDED IN CASE 2008-08519.** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ** ,    Case No. __12-48247__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 MERCEDES E500 72,000 MILES FAIR CONDITION** | **J** | **10,000.00** |
| | | **2008 CHEVROLET TOWN AND COUNTRY 128,000 MILES - FAIR CONDITION** | **J** | **7,500.00** |
| | | **USED BY AND DRIVEN BY DEBTOR'S NON-FILING SPOUSE** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **SEE QUESTIONS #12 AND BALANCE SHEET INCORPORATED THEREIN.** | - | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 17,500.00 |
| Total > | 135,711.26 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                      ,    Case No.    **12-48247**
                                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **CASH ON HAND** | 11 U.S.C. § 522(d)(5) | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | 11 U.S.C. § 522(d)(5) | **175.49** | **175.49** |
| **Banco Bilboa Vizcaya** **Hato Rey, PR.** **Account #XXXXXXXX0202** | | | |
| **CHECKING ACCOUNT** | 11 U.S.C. § 522(d)(5) | **2,274.51** | **2,335.77** |
| **BANCO BILBOA VIZCAYA** **HATO REY, PUERTO RICO** **ACC. # XXXXX-9951** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **SECURITY DEPOSIT** | 11 U.S.C. § 522(d)(5) | **150.00** | **150.00** |
| **AUTORIDAD DE ENERGIA ELECTRICA** **(POWER COMPANY)** | | | |
| **SECURITY DEPOSIT:** | 11 U.S.C. § 522(d)(5) | **100.00** | **100.00** |
| **AUTORIDAD DE ACUEDUCTO Y** **ALCANTARILLADOS** **(WATER UTILITY COMPANY)** | | | |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS AND FURNISHINGS** **(NO SINGULAR ITEMS WORTH IN EXCESS OF** **$550.00; AMONGST OTHERS:** **MASTER BEDROOM SET; TWO TWIN** **BEDROOM SETS, LIVING ROOM SET, FAMILY** **ROOM SET; DINNING ROOM SET; DINNETTE** **SET, TWO HOME COMPUTERS, ONE PRINTER** **FOR HOME USE; 1 50" INCH PLASMA** **TELEVISION (5 YRS OLD); 3 36" INCH PLASMA** **TELEVISIONS ( 5-YR OLD); AND OTHER MISC.** **HOUSHOLD GOODS.** | 11 U.S.C. § 522(d)(3) | **7,500.00** | **7,500.00** |
| **403 VIA VERSALLES** **GUAYNABO, PR 00969** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **TEXT BOOKS UNDERGRAD, GRADUATE** **SCHOOL AND LAW SCHOOL AS WELL AS** **OTHER PROFESSIONAL BOOKS AND MISC.** **READINGS** | 11 U.S.C. § 522(d)(6) | **1,000.00** | **1,000.00** |

_1_  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ** ,   Case No.    **12-48247**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel**<br>**CLOTHING, SHOES AND OTHER WEARING APPAREL OWNED BY DEBTOR FOR PERSONAL USE.**<br><br>**LOCATION:**<br>**GUAYNABO, PUERTO RICO** | **11 U.S.C. § 522(d)(3)** | **800.00** | **800.00** |
| **Furs and Jewelry**<br>**WEDDING BAND (400.00); ONE GOLD CHAIN ($250.00) AND MISC. NON-BRAND WATCHES ($100.00).** | **11 U.S.C. § 522(d)(4)** | **750.00** | **750.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2005 MERCEDES E500**<br>**72,000 MILES**<br>**FAIR CONDITION** | **11 U.S.C. § 522(d)(2)** | **3,450.00** | **10,000.00** |

Total: **16,300.00** **22,911.26**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**                         Case No.   **12-48247**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **UNKNONW - RECENTLY ASSIGNED** | | | JUNE 2004<br>1ST MORTGAGE LIEN - NON RECOURSE DEBT<br>41 E. 8TH STREET<br>UNIT 4-A<br>CHICAGO, IL.<br>2 BEDROOM 1 BATH CONDOMINIUM (THROUGH SEPARATE DEED) - 1 | | | | | |
| **BAYVIEW LOAN SERVICES**<br>**BANKRUPTCY DEPT.**<br>**4425 PONCE DE LEON BLVD 5TH FLOOR**<br>**Miami, FL 33146** | - | | | | | X | | |
| | | | Value $      **240,000.00** | | | | 292,000.00 | 161,342.00 |
| Account No. **xxxxxxxx-1537** | | | OCTOBER 2011<br>CASH COLLATERAL<br>CHECKING/SAVINGS ACCOUNT<br>CAPITAL ONE BANK | | | | | |
| **CAPITAL ONE**<br>**CAPITAL 1 BANK**<br>**P.O. BOX 30285**<br>**Salt Lake City, UT 84130** | - | | SAVINGS PLEDGE TO SECURED CREDIT CARD | | | | | |
| | | | Value $      **3,000.00** | | | | 3,055.00 | 55.00 |
| Account No. **xxxxxxxx-5000** | | | MARCH 2007<br>2ND MORTGAGE - NON RECOURSE DEBT<br>Residential Property<br>6458 Lake Burden View Dr.<br>Windmeremere, Fl. 34786<br>5 Bedroom, 5 Bathroom | | | | | |
| **CHASE BANK USA**<br>**1 CHASE SQ.**<br>**Rochester, NY 14643** | - | | | | | | | |
| | | | Value $      **720,000.00** | | | | 250,000.00 | 250,000.00 |
| Account No. **xxx # xx-xx-xxx-xxx-1011** | | | 2012<br>STATUTORY LIEN<br>41 E. 8TH STREET<br>UNIT 4-A<br>CHICAGO, IL.<br>2 BEDROOM 1 BATH CONDOMINIUM (THROUGH SEPARATE DEED) - 1 PARKING GARAGE | | | | | |
| **COOK COUNTY PROPERTY TAX COLLECTOR**<br>**118 NORTH CLARK**<br>**ROOM 112**<br>**Chicago, IL 60602** | - | | | | | | | |
| | | | Value $      **240,000.00** | | | | 4,500.00 | 4,500.00 |
|    **3**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 549,555.00 | 415,897.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __JESUS ENRIQUE BATISTA-SANECHEZ_____,    Case No. __12-48247_____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-7729**<br><br>GREEN TREE SERVICING<br>P.O. BOX 6172<br>Rapid City, SD 57709 | | - | MAY OF 2005<br>2ND MORTGAGE LIEN - NON RECOURSE DEBT<br>41 E. 8TH STREET<br>UNIT 4-A<br>CHICAGO, IL.<br>2 BEDROOM 1 BATH CONDOMINIUM (THROUGH SEPARATE DEED) - 1 | | | | | |
| | | | Value $ 240,000.00 | | | | 109,342.00 | 0.00 |
| Account No. **xxxxxxx-0000**<br><br>HARRIS BANK<br>BY MERGER FROM M&I BANK<br>111 W. MONROE 8C<br>Chicago, IL 60603 | | - | SEPTEMBER 2007<br>MORTGAGE LIEN - NON RECOURSE DEBT<br>LOT 9 - SLOANE STREET<br>LAKE NONA ESTATES<br>ORLANDO, FLORIDA<br>UNIMPROVED RESIDENTIAL LOT | X | X | X | | |
| | | | Value $ 415,000.00 | | | | 873,107.47 | 458,107.47 |
| Account No. **xxx xxx-xxxx xxxx xxxxxx VIEW**<br><br>KEENE'S POINT HOA<br>HOA OFFICE 9757<br>CARILLON PARK DRIVE<br>Windermere, FL 34786 | X | - | 2008-2012<br>STATUTORY LIEN- HOA DUES<br>Residential Property<br>6458 Lake Burden View Dr.<br>Winderemere, Fl. 34786<br>5 Bedroom, 5 Bathroom | X | X | X | | |
| | | | Value $ 720,000.00 | | | | 10,000.00 | 10,000.00 |
| Account No. **xxx xxx - xxxxx'x xxINTE**<br><br>KEENE'S POINT HOA<br>HOA OFFICE 9757<br>CARILLON PARK DRIVE<br>Windermere, FL 34786 | | J | 2008-2012<br>STATUTORY LIEN - HOA DUES<br>Lot 959<br>Keene's Pointe<br>Windermere, Florida 34786<br>Unimproved Residential Lot | | X | | | |
| | | | Value $ 180,000.00 | | | | 10,000.00 | 10,000.00 |
| Account No. **xxx x - xxxxxx - xxx DUES**<br><br>LAKE NONA ESTATES COMMUNITY ASSOC.<br>9801 LAKE NONA RD<br>Orlando, FL 32827 | | - | 2008 - 2012<br>STATUTORY LIEN<br>LOT 9 - SLOANE STREET<br>LAKE NONA ESTATES<br>ORLANDO, FLORIDA<br>UNIMPROVED RESIDENTIAL LOT | | | | | |
| | | | Value $ 415,000.00 | | | | 20,000.00 | 20,000.00 |

Sheet __1__ of __3__ continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)     1,022,449.47    498,107.47

B6D (Official Form 6D) (12/07) - Cont.

In re   **JESUS ENRIQUE BATISTA-SANECHEZ** _____,   Case No. ___**12-48247**_____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xx-xx-xxxx-x9590** | | | 2012 PROPERTY TAXES | | | | | |
| **ORANGE COUNTY TAX COLLECTOR** 200 S ORANGE AVE. 1500 ORLANDO, FL 32801 | | W | STATUTORY LIEN Lot 959 Keene's Pointe Windermere, Florida 34786 Unimproved Residential Lot | | | | | |
| | | | Value $        **180,000.00** | | | | 3,783.62 | 3,783.62 |
| Account No. **xx-xx-xx-xxxx-x0090** | | | 2011 AND 2012 | | | | | |
| **ORANGE COUNTY TAX COLLECTOR** 200 S ORANGE AVE. 1500 ORLANDO, FL 32801 | | - | STATUTORY LIEN - PROPERTY TAXES LOT 9 - SLOANE STREET LAKE NONA ESTATES ORLANDO, FLORIDA UNIMPROVED RESIDENTIAL LOT | | | | | |
| | | | Value $        **415,000.00** | | | | 18,478.76 | 18,478.76 |
| Account No. **xxxxxxxx-7717** | | | MAY 2006 MORTGAGE LIEN | | | | | |
| **SUNTRUST BANK** 1001 Semmes Ave. Richmond, VA 23224 | X | J | Residential Property - NON RECOURSE DEBT 6458 Lake Burden View Dr. Winderemere, Fl. 34786 5 Bedroom, 5 Bathroom | | | | | |
| | | | Value $        **720,000.00** | | | | 2,087,581.22 | 1,367,581.22 |
| Account No. **xxxxxxxx-9219** | | | DECEMBER 2006 | | | | | |
| **SUNTRUST BANK** 1001 Semmes Ave. Richmond, VA 23224 | | - | 2ND MORTGAGE LIEN - NON RECOURSE DEBT RENTAL PROPERTY 9974 OAK QUARRY DR. ORLANDO, FLORIDA 32832 5 BEDROOM; 4 BATH | | | | | |
| | | | Value $        **250,000.00** | | | | 130,000.00 | 130,000.00 |
| Account No. **UNKNOWN** | | | DECEMBER 2006 | | | | | |
| **SUNTRUST MORTGAGE** 1001 Semmes Ave. Richmond, VA 23224 | X | W | MORTGAGE LIEN - NON RECOURSE DEBT Lot 959 Keene's Pointe Windermere, Florida 34786 Unimproved Residential Lot | X | | | | |
| | | | Value $        **180,000.00** | | | | 418,617.37 | 238,617.37 |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        2,658,460.97    1,758,460.97

B6D (Official Form 6D) (12/07) - Cont.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                    ,          Case No.    **12-48247**
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-9491** | | | DECEMBER 2006 1ST MORTGAGE LIEN - NON RECOURSE DEBT RENTAL PROPERTY | | | | | |
| **SUNTRUST MORTGAGE BANKRUPTCY DIVISION** P.O. BOX 85092 Richmond, VA 23286 | X | - | 9974 OAK QUARRY DR. ORLANDO, FLORIDA 32832 5 BEDROOM; 4 BATH | X | X | X | | |
| | | | Value $              250,000.00 | | | | 623,920.00 | 373,920.00 |
| Account No. **xxxx x-x - xxx DUES** | | | 2008-2009 JUDGMENT LIEN 41 E. 8TH STREET UNIT 4-A CHICAGO, IL. | | | | | |
| **THE RESIDENCES AT 41 EAST EIGHT ST.** 41 E. 8TH STREET - MANAGMENT OFFICE 6TH FLOOR Chicago, IL 60605 | X | - | 2 BEDROOM 1 BATH CONDOMINIUM (THROUGH SEPARATE DEED) - 1 PARKING GARAGE | | | | | |
| | | | Value $              240,000.00 | | | | 1,000.00 | 1,000.00 |
| Account No. **UNKNOWN** | | | 2006 FOR DISCLOSURE PURPOSES - 1ST MORTGAGE LIEN RENTAL PROPERTY | | | | | |
| **US BANK NATIAONAL ASSOCIATION, AS TRUSTEE FOR STARM 2007-3** 9062 OLD ANNAPOLIS RD Columbia, MD 21045 | | - | 9974 OAK QUARRY DR. ORLANDO, FLORIDA 32832 5 BEDROOM; 4 BATH | | | | | |
| | | | Value $              250,000.00 | | | | 1.00 | 1.00 |
| Account No. **xxxxxxx-A131** | | | 2010-2012 STATUTORY LIEN - HOA DUES RENTAL PROPERTY | | | | | |
| **ZIANI AT LA VIÑA HOA** C/O HARA MANAGEMENT, INC 931 S. SEMORAN BLVD #214 WINTER PARK, FL 32792 | | - | 9974 OAK QUARRY DR. ORLANDO, FLORIDA 32832 5 BEDROOM; 4 BATH | | | | | |
| | | | Value $              250,000.00 | | | | 9,800.00 | 9,800.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 634,721.00 | 384,721.00 |
| Total (Report on Summary of Schedules) | 4,865,186.44 | 3,057,186.44 |

B6E (Official Form 6E) (4/10)

.

In re __**JESUS ENRIQUE BATISTA-SANECHEZ**_____,    Case No. __**12-48247**_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __JESUS ENRIQUE BATISTA-SANECHEZ__ ,    Case No. __12-48247__
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-2116<br><br>DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION SUITE 1504 235 AVE. ARTERIAL HOSTOS San Juan, PR 00918-1454 | | J | UNMATURED INCOME TAX LIABILITY FOR 2012. | | | | 10,000.00 | 0.00 | 10,000.00 |
| Account No. XXX-XX-2116<br><br>IRS 230 S. Dearborn St. Chicago, IL 60604 | | J | 2011 AND 2012<br>SELF EMPLOYMENT TAX LIABILITY FOR 2011 AND UNMATURED INCOME TAX LIABILITY FOR 2012 | | | | 20,000.00 | 0.00 | 20,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   30,000.00   0.00   30,000.00

Total (Report on Summary of Schedules)   30,000.00   0.00   30,000.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**                                          ,     Case No.    **12-48247**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx-1161<br><br>ACS<br>PO BOX 7051<br>Utica, NY 13504-7051 | | H | JANUARY 2005<br>**NON-DISCHARGEABLE DEBT**<br>**CONSOLIDATED STUDENT LOANS** | | | | 99,225.00 |
| Account No. xxxxx-6361<br><br>BUSINESS REVENUE SYSTEM<br>P.O. BOX 8986<br>Fort Wayne, IN 46898 | | H | DECEMBER 2010<br>**MEDICAL COLLECTION - MEDICAL CENTER**<br>**RADIOLOGY GROUP** | | | | 320.00 |
| Account No. xxxxxxx-4714<br><br>CAPITAL ONE<br>CAPITAL 1 BANK<br>P.O. BOX 30285<br>Salt Lake City, UT 84130 | | H | JANUARY 2010<br>**CONSUMER DEBT** | | | | 1,321.00 |
| Account No. UNKNOWN<br><br>CBRE<br>135 W. CENTRAL BLVD.<br>SUITE 480<br>Orlando, FL 32801 | | - | AUGUST 2011<br>**NON-RECOURSE BUSINESS DEBT - LISTED**<br>**FOR NOTICE AND DISCLOSURE PURPOSES** | | | | 0.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)

**100,866.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JESUS ENRIQUE BATISTA-SANECHEZ** _____ ,     Case No. ___**12-48247**___
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN**<br><br>**FASSETT, ANTHONY & TAYLOR, PA**<br>**1325 WEST COLONIAL DR.**<br>**Orlando, FL 32804** | - | | **JUNE 2008**<br>**PROFESSIONAL SERVICES** | | | | **8,500.00** |
| Account No. **UNKNOWN**<br><br>**IRMA CORPORATION/IRMA ENTERPRISES**<br>**C/O TODD M. HOEPKER, P.A.**<br>**P.O. BOX 32802-3311**<br>**Orlando, FL 32802** | H | | **JUNE 2008**<br>**FOR NOTICE PURPOSES - DEBT PREVIOUSLY DISCHARGED IN CASE 2008-028519** | X | X | X | **1.00** |
| Account No. **xxxxxxxx-8937**<br><br>**ONLINE COLLECTIONS**<br>**P.O. BOX 1489**<br>**Winterville, NC 28590** | J | | **UNKNOWN**<br>**COLLECTION AGENCY FOR PROGRESS ENERGY** | X | X | X | **122.00** |
| Account No. **xxxx-xx6200**<br><br>**ORANGE COUNTY UTILITIES DEPARTMENT**<br>**CUSTOMER SERVICE DIVISION**<br>**9150 CURRY FORD RD.**<br>**Orlando, FL 32825-7600** | - | | **AUGUST 2011**<br>**UTILITIES SERVICES** | | | | **274.00** |
| Account No. **xxxxxxxx-6494**<br><br>**RMB, INC.**<br>**P.O. BOX 2698**<br>**Knoxville, TN 37901** | H | | **UNKNOWN**<br>**MEDICAL COLLECTION - MED ORLANDO HEALTH** | | | | **3,926.00** |

Sheet no. __**1**___ of __**1**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **12,823.00** |
| Total<br>(Report on Summary of Schedules) | **113,689.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                    ,    Case No.    __12-48247__
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marisol Alejandro**<br>**San Jua, PR** | **DEBTOR IS CO-SIGNER ON**<br>**MONTH TO MONTH RESIDENTIAL LEASE**<br><br>**PROPERTY LEASED:**<br>**DEBTOR'S RESIDENCE LOCATED AT**<br>**403 VIA VERSALLES**<br>**GUAYNABO, PR 00969**<br><br>**MONTLY RENT IS $2,300.00; LEASE IS**<br>**CURRENT AND NO DEFAULT HAS OCCURED** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **JESUS ENRIQUE BATISTA-SANECHEZ** _____,   Case No.   **12-48247** _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JESUS E. BATISTA, SR.**<br>**CONDOMINIO ATRIUM PARK**<br>**#27 CALLE REGINA MEDIANA; APT B107**<br>**Guaynabo, PR 00969**<br>**  MR. BATISTA SR. IS THE ONLY OBLIGOR WITH**<br>**PERSONAL LIABILITY OVER THIS CLAIM** | **SUNTRUST MORTGAGE**<br>**BANKRUPTCY DIVISION**<br>**P.O. BOX 85092**<br>**Richmond, VA 23286** |
| **MARITZA DE JESUS**<br>**URB. VILLAS REALES**<br>**403 VIA VERSALLES**<br>**Guaynabo, PR 00969**<br>**  MRS. DE JESUS IS DEBTOR'S NON-FILING**<br>**WIFE.  MORTGAGE LIEN REPRESENTS A NON**<br>**RECOURSE CLAIM AGAINST MRS. DE JESUS.** | **SUNTRUST BANK**<br>**1001 Semmes Ave.**<br>**Richmond, VA 23224** |
| **MARITZA DE JESUS**<br>**URB. VILLAS REALES**<br>**403 VIA VERSALLES**<br>**Guaynabo, PR 00969** | **KEENE'S POINT HOA**<br>**HOA OFFICE 9757**<br>**CARILLON PARK DRIVE**<br>**Windermere, FL 34786** |
| **MARITZA DE JESUS**<br>**URB. VILLAS REALES**<br>**403 VIA VERSALLES**<br>**Guaynabo, PR 00969**<br>**  MRS. DE JESUS IS DEBTOR'S NON-FILING**<br>**SPOUSE.  THE CLAIM IN REFERENCE**<br>**CONSTITUTES NON-RECOURSE DEBT AS TO**<br>**MRS. DE JESUS** | **SUNTRUST MORTGAGE**<br>**1001 Semmes Ave.**<br>**Richmond, VA 23224** |
| **MARITZA DE JESUS**<br>**URB. VILLAS REALES**<br>**403 VIA VERSALLES**<br>**Guaynabo, PR 00969** | **THE RESIDENCES AT 41 EAST EIGHT ST.**<br>**41 E. 8TH STREET - MANAGMENT OFFICE**<br>**6TH FLOOR**<br>**Chicago, IL 60605** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**                                    Case No.    **12-48247**
                                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**10**<br>**6**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | **Office Administrator** |
| Name of Employer | **The Batista Law Group, PSC** | **The Batista Law Group, PSC** |
| How long employed | **3 Years** | **3 Years** |
| Address of Employer | **421 Ave. Luis Muñoz Rivera**<br>**Suite 901**<br>**San Juan, PR 00918** | **421 Ave. Luis Muñoz Rivera**<br>**Suite 901**<br>**San Juan, PR 00918** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **AVERAGE DISTRIBUTIONS FROM THE BATISTA LAW GROUP** | $ **6,500.00** | $ **0.00** |
| **PROFESSIONAL SERVICES - BATISTA LAW GROUP** | $ **0.00** | $ **1,300.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **6,500.00** | $ **1,300.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **6,500.00** | $ **1,300.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **7,800.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**While future income is not known or virtually certain, an analysis of Debtor's law practice demonstrates a favorable progression, which, if continued, could lead to increase earnings in the future.**

**Debtor Chapter 11 Plan will propose to retain 3 Rental Properties; once leased said properties could generate $7,500.00 in rental income.**

B6J (Official Form 6J) (12/07)

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**                                    Case No.   **12-48247**
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,300.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 400.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 0.00 |
| d. Other   **CABLE AND INTERNET** | | $ 135.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 550.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 60.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 200.00 |
| 10. Charitable contributions | | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 360.00 |
| d. Auto | | $ 75.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | | $ 750.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other   **STUDENT LOAN - ACS** | | $ 485.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ 1,443.33 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 7,608.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

> **Debtor's Chapter 11 Plan will propose to retain 4 real properties whose respective loans/mortgages have not been paid in the past year. If confirmed, Debtor expects that the payments of mortgages and maintance relative to these properties to be approximately $11,000.00 per month. In part, funding for these payments will come from the rental income generated by the real properties and increased income by Debtor.**

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | | $ 7,800.00 |
| b. Average monthly expenses from Line 18 above | | $ 7,608.33 |
| c. Monthly net income (a. minus b.) | | $ 191.67 |

**B6J (Official Form 6J) (12/07)**

In re    **JESUS ENRIQUE BATISTA-SANECHEZ** _____    Case No.    **12-48247**
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| SELF EMPLOYMENT TAXES | $ | 500.00 |
| STATE INCOME TAX | $ | 250.00 |
| **Total Tax Expenditures** | $ | **750.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| Miscellaneous | $ | 60.00 |
| PERSONAL CARE | $ | 50.00 |
| AUTO MAINTENANCE | $ | 50.00 |
| PRIVATE SCHOOL TUITION - 3 MINORS | $ | 1,233.33 |
| SCHOOL BOOKS, SUPPLIES, UNIFORMS AND MATERIALS | $ | 50.00 |
| **Total Other Expenditures** | $ | **1,443.33** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**
_____      Case No.    **12-48247**
                                    Debtor(s)             Chapter    **11**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **December 20, 2012**          Signature    **/s/ JESUS ENRIQUE BATISTA-SANECHEZ**
_____                      _____
                                               **JESUS ENRIQUE BATISTA-SANECHEZ**
                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JESUS ENRIQUE BATISTA-SANECHEZ** _____  Case No. __**12-48247**__
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter __**11**__

# STATEMENT OF FINANCIAL AFFAIRS

　　This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

　　Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

　　*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

　　*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$71,500.00** | **2012 YTD: Both Employment - Law Practice** |
| **$50,000.00** | **2011: Both Employment - Law Practice** |
| **$100,000.00** | **2010: Both Employment - Law Practice** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

　　　　　　AMOUNT　　　　　　　　SOURCE

2

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dr. Antonio Hernandez Dentist/Dental Services** San Juan, PR | **November 16, 2012** | **$705.00** | **$0.00** |
| **Wesleyan Academy** Guaynabo, PR | **September ($1500.00); October ($1625.00); November ($1500.00)** **Tuition Payments for Private School for Three Minor Daugthers** | **$4,625.00** | **$9,000.00** |
| **Marisol Alejandro** San Juan, PR | **September, 2012 ($2,300.00); October, 2012 ($2300.00); November, 2012 ($2300.00)** **Landlord - Monthly Rent Relative to Guaynabo Residence** | **$6,900.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **KEENE'S POINTE COMMUNITY ASSOCIATIONA, INC.**<br>**V.**<br>**JESUS BATISTA, MARITZA DE JESUS**<br><br>**CASE # 2012-CC-12985** | **CLAIM OF LIEN (HOA) FORECLOSURE** | **IN THE CIRCUITY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA** | **CASE STAYED BY BANKRUPTCY PETITION** |
| **SUNTRUST BANK, NA.**<br>**V.**<br>**JESUS BATISTA**<br><br>**CASE #2009-CA-023865** | **MORTGAGE FORECLOSURE** | **IN THE CIRCUITY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA** | **CASE STAYED BY BANKRUPTCY PETITION** |
| **ZIANI AT LAVINA HOMEOWNER'S ASSOCIATION**<br>**V. JESUS E. BATISTA, JR., MARITZA DE JESUS, JESUS E. BATISTA, SR., SOCORRO SANCHEZ**<br>**CASE #2011-CC-7669** | **CLAIM OF LIEN (HOA) FORECLOSURE** | **IN THE COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA** | **FORECLOSERE PROCEEDING STAYED BY BANKRUPTCY FILING** |
| **SUNTRUST MORTGAGE**<br>**V.**<br>**JESUS E. BATISTA, SR., SOCORRO SANCHEZ, JESUS E. BATISTA, JR., AND MARITZA DE JESUS**<br><br>**CASE #2008-CA-013651** | **FORECLOSURE PROCEEDING** | **IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA** | **FORECLSOURE PROCEEDING STAYED BY BANKRUPTCY FILING** |
| **IRMA CORPORATION V. JESUS E. BATISTA, JR.** | **CIVIL ACTION (CONTRACT)** | **IN THE COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA** | **CASE DOORMAN SINCE 2010 - STAYED BY BANKRUPTCY PROCEEDING** |
| **THE RESIDENCES AT 41 E. 8TH STREET**<br>**V.**<br>**JESUS E. BATISTA AND MARTIZA DE JESUS**<br><br>**CASE #2009-M1-710970** | **CLAIM OF LIEN (HOA DUES)** | **COOK COUNTY  CIRCUIT COURT CHICAGO, ILLINOIS** | **CASE STAYED BY BANKRUPTCY FILING** |
| **BANK OF NEW YORK**<br>**V.**<br>**JESUS EB. BATISTA MARITZA DE JESUS**<br><br>**CASE #2008-CH-17708** | **CLAIM OF LIEN (HOA DUES)** | **COOK COUNTY CIRCUITY COURT**<br><br>**CHICAGO, ILLINOIS** | **CASE STAYED BY BANKRUPTCY FILING** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

    

4

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY THAN DEBTOR |
|---|---|---|
| **The Batista Law Group, PSC 421 Ave. Luis Muñoz Rivera Suite 901 San Juan, PR 00918** | **DECEMBER 2012** | **$1500.00 - FILING FEES, CREDIT REPORT, CREDIT COUNSELING, AND OTHER FILING RELATED EXPENSES.** |

5

## 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **ROLAND JOHN BERNARD & SARAH WELLENS BERN**<br>**6476 LAKE BURDEN VIEW DR.**<br>**Windermere, FL 34786**<br>  **NONE - THIRD PARTY** | **JUNE 29, 2011** | **PURSUANT TO SHORT SALE AGREEMENT WITH SUNTRUST BANK/SUNTRUST MORTGAGE SOLD REAL PROPERTY LOCATED AT 6476 LAKE BURDEN VIEW DR., WINDERMERE, FL.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WELLS FARGO**<br>**4143 121ST ST**<br>**Urbandale, IA 50323** | **CHECKING ACCOUNT** | **CLOSED ON OR ABOUT SEPTEMBER 2012 - BALANCE LESS THAN $20.00** |

## 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 6458 LAKE BURDEN VIEW DR., WINDERMER, FL. 34786 | | JUNE 2006 TO JUNE 2011 |

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**MARITZA DE JESUS - CONTINIOUSLY MARRIED SINCE DECEMBER 1998**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| THE LAW OFFICE OF JESUS E. BATISTA | NONE | 500 N. MICHIGAN AVE. STE 300 Chicago, IL 60611 | LAW PRACTICE | 1/2010 THROUGH 11/2011 |
| The Batista Law Group, PSC | XXXXX0462 | 421 Ave. Luis Muñoz Rivera Suite 901 San Juan, PR 00918 | LAW PRACTICE | JULY 2011 TO PRESENT |
| BATISTA HOLDINGS, LLC | XXXXX0088 | Orlando, FL 32819 | REAL ESTATE INVESTMENTS | OCTOBER 2005 TO MARCH 2007 |
| INSUREDCLOSE, LLOC | XXXXX3393 | 7802 KINGSPOINTE PKWY Orlando, FL 32819 | ESCROW CLOSINGS AND TITLE INSURANCE | NOVEMBER 2005 TO SEPTEMBER 2008 |
| MIKASA HOME LOANS | XXXXX9233 | 7802 KINGSPOINTE PKWY Orlando, FL 32819 | MORTGAGE BANKING | OCTOBER 2005 TO SEPT. 2008 |
| KASA DEVELOPMENT CORP. | NONE | 7802 KINGSPOINTE PKWY Orlando, FL 32832 | REAL ESTATE | JUNE 2007 TO SEPT. 2008 |
| MIKASA HOME REALTY, LLC | NONE | 7802 KINGSPOINTE PKWY Orlando, FL 32819 | REAL ESTATE SALES | JUNE 2007 TO SEPT. 2008 |
| MIKASA FINANCIAL CORPORATION | NONE | 7802 KINGSPOINTE PKWY SUITE 208-B Orlando, FL 32891 | HOLDING CORPORATION | MARCH 2007 TO SEPTEMBER 2008 |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **NONE** | |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

9

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **NONE** | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 20, 2012**      Signature  **/s/ JESUS ENRIQUE BATISTA-SANECHEZ**
**JESUS ENRIQUE BATISTA-SANECHEZ**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **JESUS ENRIQUE BATISTA-SANECHEZ**                                      Case No.   **12-48247**

_____ Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 20, 2012**                              **/s/ Jesus E. Batista Sanchez USDC OF PR**
                                                            **Jesus E. Batista Sanchez USDC OF PR 227014; ILL 628**
                                                            **The Batista Law Group, PSC**
                                                            **Cond. Mid Town Plaza**
                                                            **421 Munoz Rivera Ave. - Suite #901**
                                                            **San Juan, PR 00918**
                                                            **787-620-2856  Fax: 787-777-1589**
                                                            **jesus.batista@batistalawgroup.com**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

 After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

 A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JESUS ENRIQUE BATISTA-SANECHEZ**       Case No.   **12-48247**

Debtor(s)      Chapter   **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **JESUS ENRIQUE BATISTA-SANECHEZ** | X **/s/ JESUS ENRIQUE BATISTA-SANECHEZ** | **December 20, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known)   **12-48247** | X | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JESUS ENRIQUE BATISTA-SANECHEZ**

Debtor(s)

Case No.  **12-48247**

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **40**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 20, 2012**

**/s/ JESUS ENRIQUE BATISTA-SANECHEZ**

**JESUS ENRIQUE BATISTA-SANECHEZ**

Signature of Debtor