UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-48247 |
| Jesus E. Batista Sanchez | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Second and Final Application for Compensation of William J. Factor and The Law Office of William J. Factor, Ltd., as Counsel to the Debtor

This matter having come before the Court on the Second and Final Application for Compensation of William J. Factor and The Law Office of William J. Factor, Ltd., as Counsel for the Debtor (the "Application"); and it appearing that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. The Application is granted as provided herein;

2. The Law Office of William J. Factor, Ltd. (the "Applicant") hereby is awarded fees and expenses in the amounts of $30,165 and $25.91 (the "Compensation and Expenses") for services rendered to the Debtor during the period September 1, 2013, through May 23, 2014, which Compensation and Expenses shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

3. The Court hereby allows on a final basis fees and expenses for Applicant in the amounts of $51,105 and $25.91, respectively (inclusive of the Compensation and Expenses), for the period from May 1, 2013 through May 23, 2014 (the "Final Allowed Compensation and Expenses"), which Final Allowed Compensation and Expenses are allowed costs of administration under 11 U.S.C. § 503(b)(2).

4. The Reorganized Debtor is directed to pay the Final Allowed Compensation and Expenses as provided for in the confirmed plan of reorganization.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 17, 2014

**Prepared by:**

William J. Factor (6205675)
Sara E. Lorber (6229740)
David P. Holtkamp (6298815)
THE LAW OFFICE OF
   WILLIAM J. FACTOR, LTD.
105 W. Madison, Suite 1500